IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD DOUGLAS UDALL,** | Case No. 1:14-cv-00474 MJS HC |
| Petitioner, | **ORDER** |
| v. | |
| **THE PEOPLE,** | |
| Respondent. | |

   Good cause appearing therefore, Respondent's request for an enlargement of time to file an answering brief to and including August 5, 2014, is hereby GRANTED.

IT IS SO ORDERED.

Dated:   July 2, 2014         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE