IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD DOUGLAS UDALL,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**THE PEOPLE,**<br><br>　　　　　　　　　　Respondent. | 1:14-cv-00474 MJS HC<br><br>**ORDER DENYING MOTION FOR TRANSCRIPTS**<br><br>(Doc. 12) |

　　　Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On June 13, 2014, Petitioner moved the Court to order an officer to pick up transcripts of state court proceedings from his home address and deliver them to him in custody.

　　　It is not the duty of the Court to assist in transporting copies of transcripts or documents for Petitioner or any party.

　　　To the extent that Petitioner requests documents from this federal habeas corpus proceeding, he may direct his request for same to the Clerk of the Court. Up to twenty

(20) pages of copies may be made by the Clerk' office, but there is a charge of $.50 per page.

Petitioner's motion for transcripts is DENIED.

IT IS SO ORDERED.

Dated:   September 10, 2015              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

2